RECEIVED
IN CLERK'S OFFICE
JUN 13 2014
U. S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUNBIA

MACK MATTHEWS,

Plaintiff, In Pro Se,

v.

No. 1:14-cv-0048
Judge Hayes

OFFICER BULLINGTON, et al,

Defendant.

ORDER
This motion is GRANTED and defense counsel shall provide copies to Plaintiff within 15 days of the date of this Order.
[signature]
USMJ
6-17-14

SCANNED

REQUEST FOR REPLACEMENT OF DOCUMENTS

Comes now your Plaintiff, Mack Matthews, acting in his own proper person and would show this Honorable Court the following:

1. Plaintiff is a layman without knowledge of law and proper legal form and procedure, and asks this Court not to dismiss this Request for technical defect, mis-styling, or lack of clarity.

2. Plaintiff has received three Motions to Dismiss from the Defendants.

3. Plaintiff cannot answer these because the Defendants took all of his documents relative to this cause away from him.

4. While at South Central, the officers came to his cell and told him he had to go to the recreation so the could paint his cell.

28